JACOB MELLON and Others, Appellants, v. WILLIAM F. X. GEOGHAN, Individually and as District Attorney of Kings County, Respondent.— Motion for stay denied. Equity will not restrain a criminal prosecution save in rare instances, of which this is not one. (*Truax* v. *Raich*, 239 U. S. 33; *Buffalo Gravel Corporation* v. *Moore*, 201 App. Div. 242; affd., 235 N. Y. 542.) At the opening of the trial of the indictments which plaintiffs assert are stayed, they may present their claims respecting the alleged stipulation, the alleged order and the effect thereof, and the trial court should make a determination thereon. (*People* v. *Reilly*, 224 N. Y. 90.) Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of HARVEY HOSHOUR for Admission to the Bar. (From the State of Minnesota.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

ISIDORE FIDDLER, Respondent, v. NATHAN HODES and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FISCHER, an Attorney and Counselor at Law.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GABRIEL GALSBAND, Respondent, v. NORMAN DENZER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOSEPH GOLDFINGER, Appellant, v. JAMETRO REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HALL BROTHERS, INC., Respondent, v. WALTER ANTINE and Another, Defendants; SAMUEL ANTINE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.